IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE FLORES,<br><br>Plaintiff,<br><br>v.<br><br>WORK NOW HAWAII,<br><br>Defendant. | CIV. NO. 26-00344 JMS-WRP<br><br>ORDER DISMISSING ACTION |

# ORDER DISMISSING ACTION

On July 6, 2026, pro se Plaintiff Valerie Flores ("Plaintiff") filed a Complaint against Defendant Work Now Hawaii, ECF No. 1, along with an Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application"), ECF No. 2.

On July 27, 2026, the court granted Plaintiff's IFP Application and dismissed the Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)—noting several pleading deficiencies, such as vague and conclusory allegations—with leave to amend by August 17, 2026. *See generally* ECF No. 5. The court further informed Plaintiff that failure to timely comply by August 17, 2026, "will result in automatic dismissal of this action." *Id*. at PageID.34.

To determine whether to dismiss a case for lack of prosecution or failure to comply with a court order, the court must weigh the following five factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the availability of less drastic alternatives; and (5) the public policy favoring the disposition of cases on their merits. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2022).

The court finds these factors weigh in favor of dismissal here, notwithstanding the policy favoring disposition of cases on their merits. As of August 24, 2026, Plaintiff has not filed an amended complaint in accordance with the court's July 27, 2026 Order. This action is therefore DISMISSED without prejudice. The Clerk of Court is directed to close the case file.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 24, 2026.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge